Writ of Mandamus Denied, Opinion issued November 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01490-CV

## IN RE KERNELL THAW, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09483-J**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Fillmore

Relator contends the trial judge failed to hold a hearing on her motion for temporary injunction. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

_____
ROBERT M. FILLMORE
JUSTICE

121490F.P05